UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
Bujak, Mikolay § Case No. 17-34077
Bujak, Kathleen §
     Debtor(s) §
§

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Elizabeth C Berg, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $125,175.00 (Without deducting any secured claims) | Assets Exempt: $92,250.00 |
| Total Distributions to Claimants: $81,651.44 | Claims Discharged Without Payment: $73,423.21 |
| Total Expenses of Administration: $8,239.13 | |

3) Total gross receipts of $89,890.57 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $89,890.57 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010) (Page: 1)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $187,463.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $8,239.13 | $8,239.13 | $8,239.13 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $148,013.00 | $133,057.65 | $133,057.65 | $81,651.44 |
| **TOTAL DISBURSEMENTS** | $335,476.00 | $141,296.78 | $141,296.78 | $89,890.57 |

4) This case was originally filed under chapter 7 on 11/14/2017. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :   04/24/2019                           By :   /s/ Elizabeth C Berg
                                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Debtor's Post-Petition Inheritance from Estate of Terrence C. Kautz | 1229-000 | $89,890.57 |
| **TOTAL GROSS RECEIPTS** | | **$89,890.57** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | M & T BANK | | $180,541.00 | NA | NA | $0.00 |
| | Pncbank | | $6,922.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$187,463.00** | **$0.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Baldi Berg, Ltd. | 3110-000 | NA | $601.50 | $601.50 | $601.50 |
| Elizabeth C. Berg, Trustee | 2100-000 | NA | $7,500.00 | $7,500.00 | $7,500.00 |
| International Sureties, Ltd. | 2300-000 | NA | $30.73 | $30.73 | $30.73 |
| Texas Capital Bank | 2600-000 | NA | $106.90 | $106.90 | $106.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$8,239.13** | **$8,239.13** | **$8,239.13** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00007 | PYOD for Citibank [see Dkt. 32] | 7100-000 | $17,039.00 | $18,220.08 | $18,220.08 | $0.00 |
| 00006 | Quantum3 Group LLC as agent | 7100-000 | $739.00 | $1,337.05 | $1,337.05 | $1,181.05 |
| 00005 | Quantum3 Group LLC as agent | 7100-000 | $1,988.00 | $2,531.20 | $2,531.20 | $2,235.87 |
| 00004 | U.S. Department of Education | 7100-000 | $76,268.00 | $78,450.14 | $78,450.14 | $69,296.85 |
| 00003 | TD Bank, USA [see Dkt. 32] | 7100-000 | $1,268.00 | $1,455.10 | $1,455.10 | $0.00 |
| 00002 | Discover Bank Discover Products | 7100-000 | $9,596.00 | $10,118.21 | $10,118.21 | $8,937.67 |
| 00001 | Discover Bank [see Dkt. 32] | 7100-000 | $19,098.00 | $20,945.87 | $20,945.87 | $0.00 |
| | BK OF AMER | | $16,668.00 | NA | NA | $0.00 |
| | CAP1/Carsn | | NA | NA | NA | $0.00 |
| | Chase CARD | | $5,349.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $148,013.00 | $133,057.65 | $133,057.65 | $81,651.44 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 17-34077 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
|---|---|---|---|---|---|
| Case Name: | Bujak, Mikolay | | | Date Filed (f) or Converted (c): | 11/14/2017 (f) |
| | Bujak, Kathleen | | | 341(a) Meeting Date: | 12/11/2017 |
| For Period Ending: | 04/24/2019 | | | Claims Bar Date: | 04/18/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. 580 Lancaster Dr, Hampshire, IL 60140 Stay lifted per order 1/5/18 [Dkt. 18] | 150,000.00 | 0.00 | | 0.00 | FA |
| 2. 2006 Hyundai Elantra | 1,725.00 | 0.00 | | 0.00 | FA |
| 3. 2006 Subaru Outback Debtor reaffirmed 2/8/18 [Dkt 25] | 5,175.00 | 0.00 | | 0.00 | FA |
| 4. Furniture, linens, small appliances, table & chairs, bedroom set | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Flat screen TVs, DVD player, computer, printer, music collection, cell phones | 2,000.00 | 0.00 | | 0.00 | FA |
| 6. Pistol, rifle, shotgun | 1,500.00 | 0.00 | | 0.00 | FA |
| 7. Everyday clothes, shoes, accessories | 250.00 | 0.00 | | 0.00 | FA |
| 8. Everyday jewelry, costume jewelry, engagement ring, wedding rings, watches | 500.00 | 0.00 | | 0.00 | FA |
| 9. books, CDs, DVDs & Family Photos | 100.00 | 0.00 | | 0.00 | FA |
| 10. Savings Account Chase Bank | 400.00 | 0.00 | | 0.00 | FA |
| 11. Checking Account Chase Bank | 1,100.00 | 0.00 | | 0.00 | FA |
| 12. Checking Account Chase Bank | 2,200.00 | 0.00 | | 0.00 | FA |
| 13. Merrill Lynch | 1,200.00 | 0.00 | | 0.00 | FA |
| 14. THIS Pension | Unknown | 0.00 | | 0.00 | FA |
| 15. TRS Pension | Unknown | 0.00 | | 0.00 | FA |
| 16. 401(k) or similar plan Trans America | 14,100.00 | 0.00 | | 0.00 | FA |
| 17. IRA Fidelity | 33,000.00 | 0.00 | | 0.00 | FA |
| 18. Health insurance | 0.00 | 0.00 | | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 17-34077 | Judge: | Janet S. Baer | Trustee Name: | Elizabeth C Berg |
| Case Name: | Bujak, Mikolay | | | Date Filed (f) or Converted (c): | 11/14/2017 (f) |
| | Bujak, Kathleen | | | 341(a) Meeting Date: | 12/11/2017 |
| For Period Ending: | 04/24/2019 | | | Claims Bar Date: | 04/18/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 19. Term Life Insurance | 0.00 | 0.00 | | 0.00 | FA |
| 20. 2 laptops, printer, server | 500.00 | 0.00 | | 0.00 | FA |
| 21. Debtor's Post-Petition Inheritance from Estate of Terrence C. Kautz (u)<br>Trustee recovered full value of Kathleen Bujak's interest in the inheritance of T. Kautz | 0.00 | 88,273.91 | | 89,890.57 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 215,750.00 | 88,273.91 | | 89,890.57 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**February 28, 2019:** After recovering the bulk of Kathleen's share of the inheritance, Trustee was advised of a possible second distribution on account of the inheritance. Trustee remained in contact with the executor of the inheritance and Kathleen Bujak in order to monitor the progress and administration of the probate estate and to ensure that the bankruptcy estate's interest was protected. In or about early February, Trustee learned that the probate estate had been fully administered and that a second distribution would be made on account of Kathleen's interest in the Inheritance. Thereafter, Trustee made an official request to the executor for a turnover of Kathleen's share of the final distribution and recovered an additional $1,616.66 for the benefit of the Estate. Trustee confirmed with her accountant that no estate tax returns were required to be filed. Trustee prepared her TFR.

**September 30, 2018:** Trustee reviewed, among other things, the Debtors' schedules of assets and liabilities and statements of financial affairs and conducted a section 341 examination of the Debtors. Trustee determined there were no assets of value to the Estate and filed a Report of No Distribution (NDR) on 12/12/17. Roughly two weeks thereafter, Trustee was notified that one of Kathleen's parents passed away and that Kathleen (Debtor) may be entitled to an inheritance. Trustee determined the inheritance would be property of the Estate pursuant to 541(a)(5) of the Code since Debtor became entitled to the inheritance within the 180 days following the petition date and, thereafter, withdrew her NDR. Trustee recovered majority of the proceeds of the inheritance in September 2018. Trustee is advised a second and final distribution on account of the inheritance will be paid to the bankruptcy estate by year end. The claims bar date expired, Trustee reviewed the claims and determined the claims were asserted against Ms. Bujak individually or jointly by the Debtors. Pursuant to this Court's order dated 9/10/18 [Dkt. 32], this case will be administered as separate cases and distributions will be made to creditors of Ms. Bujak individually or jointly by the Debtors (and not to creditors of Mr. Bujak individually). Trustee will submit TFR once final inheritance proceeds are received.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| **Case No:** 17-34077 | **Judge:** Janet S. Baer    **Trustee Name:** Elizabeth C Berg |
| **Case Name:** Bujak, Mikolay | **Date Filed (f) or Converted (c):** 11/14/2017 (f) |
| Bujak, Kathleen | **341(a) Meeting Date:** 12/11/2017 |
| **For Period Ending:** 04/24/2019 | **Claims Bar Date:** 04/18/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 06/30/2019    **Current Projected Date of Final Report(TFR) :** 03/30/2019

**Trustee's Signature**    /s/Elizabeth C Berg    **Date:** 04/24/2019
Elizabeth C Berg
P. O. Box 2399
Glen Ellyn, IL 60138-2399
Phone : (312) 726-8150

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-34077 | Trustee Name: | Elizabeth C Berg |
| --- | --- | --- | --- |
| Case Name: | Bujak, Mikolay | Bank Name: | Texas Capital Bank |
| | Bujak, Kathleen | Account Number/CD#: | ******5427 Checking Account |
| Taxpayer ID No: | **-***1470 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 4/24/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/05/2018 | [21] | Estate of Terrence C. Kautz | Debtor's Post-petition Inheritance | 1229-000 | 88,273.91 | | 88,273.91 |
| 10/03/2018 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 106.90 | 88,167.01 |
| 02/13/2019 | 51001 | International Sureties, Ltd.<br>Suite 420<br>701 Poydras Street<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | 30.73 | 88,136.28 |
| 02/21/2019 | [21] | Estate of Terrence C. Kautz<br>c/o Michael B. Jawgiel, Esq.<br>5487 N. Milwaukee Avenue<br>Chicago, IL 60630 | Final Distribution - Post-petition Inheritance | 1229-000 | 1,616.66 | | 89,752.94 |
| 04/16/2019 | 51002 | Elizabeth C. Berg, Trustee<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399 | Trustee's Compensation | 2100-000 | | 7,500.00 | 82,252.94 |
| 04/16/2019 | 51003 | Baldi Berg, Ltd.<br>PO Box 2399<br>Glen Ellyn, IL 60138-2399 | | 3110-000 | | 601.50 | 81,651.44 |
| 04/16/2019 | 51004 | Discover Bank Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054 | Disb of 88.33% to Claim #00002 | 7100-000 | | 8,937.67 | 72,713.77 |
| | | | Page Subtotals | | 89,890.57 | 17,176.80 | |

UST Form 101-7-TDR (10/1/2010) (Page 8)

Exhibit 9

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-34077 | | Trustee Name: | Elizabeth C Berg |
| Case Name: | Bujak, Mikolay | | Bank Name: | Texas Capital Bank |
| | Bujak, Kathleen | | Account Number/CD#: | ******5427 Checking Account |
| Taxpayer ID No: | **-***1470 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 4/24/2019 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/16/2019 | 51005 | U.S. Department of Education c/o FedLoan Servicing<br>PO Box 69184<br>Harrisburg, PA 17106 | Disb of 88.33% to Claim #00004<br>mail payment to<br>U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 530210<br>Atlanta, GA 30353-0210 | 7100-000 | | 69,296.85 | 3,416.92 |
| 04/16/2019 | 51006 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083 | Disb of 88.33% to Claim #00005 | 7100-000 | | 2,235.87 | 1,181.05 |
| 04/16/2019 | 51007 | Quantum3 Group LLC as agent for Comenity Bank<br>PO Box 788<br>Kirkland, WA 98083 | Disb of 88.33% to Claim #00006 | 7100-000 | | 1,181.05 | 0.00 |

|  |  |  |
|---|---:|---:|
| Page Subtotals | 0.00 | 72,713.77 |
| **COLUMN TOTALS** | 89,890.57 | 89,890.57 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 89,890.57 | 89,890.57 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 89,890.57 | 89,890.57 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 17-34077 | Trustee Name: Elizabeth C Berg |
| Case Name: Bujak, Mikolay | Bank Name: Texas Capital Bank |
| Bujak, Kathleen | Account Number/CD#: ******5427 Checking Account |
| Taxpayer ID No: **-***1470 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 4/24/2019 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 89,890.57 | |
| All Accounts Gross Disbursements: | 89,890.57 | |
| All Accounts Net: | 0.00 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5427 Checking Account | 89,890.57 | 89,890.57 | |
| **Net Totals** | 89,890.57 | 89,890.57 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 10)       **Exhibit 9**